IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ADSYNC TECHNOLOGIES, INC., ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | No. 2025-1148 |
| ) | |
| FEDERAL AVIATION ) | |
| ADMINISTRATION, ) | |
| ) | |
| Respondent ) | |
| ) | |
| ---------------------------------------------) | |
| ) | |
| ADACEL SYSTEMS, INC., ) | |
| ) | |
| Intervenor for Respondent ) | |

## **RESPONDENT'S NOTICE TO SUBSTITUTE COUNSEL**

Respondent, the Federal Aviation Administration, respectfully provides this notice that it is substituting Bryan M. Byrd as counsel of record in this appeal and replacing him with Antonia R. Soares. Accordingly, we respectfully request that the Court remove Bryan M. Byrd as counsel of record. Concurrently with this notice, Ms. Soares is filing her entry of appearance.

                                              Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General

                                              PATRICIA M. McCARTHY
                                              Director

                /s/ Steven Mager
                STEVEN MAGER
                Assistant Director

                /s/ Antonia R. Soares
                ANTONIA R. SOARES
                Senior Trial Counsel
                Commercial Litigation Branch
                Civil Division
                Department of Justice
                P.O. Box 480, Ben Franklin Station
                Washington, D.C. 20044
                Tel.: (202) 305-7405
                Email: Antonia.Soares@usdoj.gov

November 5, 2025                Attorneys for Petitioner

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2025, the foregoing Respondent's Notice To Substitute Counsel was filed electronically and served electronically on all parties by operation of the Court's electronic filing system.

/s/ Antonia R. Soares
Antonia R. Soares
